IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VIVIAN LAMBETH,

       Plaintiff,

v.                                    Case No. 3:10cv518/MCR/CJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.
_____/

## ORDER OF DISMISSAL

       The court has been informed that the parties have reached a settlement of this matter.  Therefore, the above-titled action is **DISMISSED** from the active docket of the court.  In the event the settlement is not consummated, the court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this Order of Dismissal and reinstate the case.  At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

       **ORDERED** on this 26th day of May, 2011.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**